CYPRESS MEDIA, INC., d/b/a The
Times Leader and Jennifer
Learn, Appellants

v.

HAZLETON AREA SCHOOL DISTRICT.

Supreme Court of Pennsylvania.

Argued Feb. 1, 1999.

Decided Feb. 24, 1999.

Burt M. Rubin, Edward D. Roger, for Cypress Media, Inc., et al.

Edward P. McNelis, Hazleton, for Hazleton Area School Dist.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.